**Ricky Allen BARNETT, Petitioner-Appellant**

v.

**Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent-Appellee**

No. 16-41193

United States Court of Appeals, Fifth Circuit.

Filed October 10, 2017

Ricky Allen Barnett, Pro Se

Alex Matthew Smith, Assistant Attorney General, Office of the Attorney General, Criminal Appeals Division, Austin, TX, for Respondent-Appellee

Before DENNIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Ricky Allen Barnett, Texas prisoner # 01541732, moves for a certificate of appealability (COA) and leave to proceed in forma pauperis (IFP) on appeal of the district court's denial of his motion to reopen the appeal period pursuant to Rule 4(a)(6) of the Federal Rules of Appellate Procedure. Rule 4(a)(6) is permissive and compliance with Rule 4(a)(6) does not require the district court to grant the motion, we review the district court's denial of the motion for an abuse of discretion.

See *In re Jones*, 970 F.2d 36, 39 (5th Cir. 1992). Barnett did not file his motion to reopen the appeal period within 180 days of the entry of the judgment or within 14 days after he received notice of the judgment and thus did not satisfy the requirements of Rule 4(a)(6)(2). Accordingly, the district court's denial of the motion was not an abuse of discretion. *Rodriguez v. Johnson*, 104 F.3d 694, 696 (5th Cir. 1997).

The motion for a COA is DENIED AS UNNECESSARY. See *Ochoa Canales v. Quarterman*, 507 F.3d 884, 888 (5th Cir. 2007); *Dunn v. Cockrell*, 302 F.3d 491, 492 (5th Cir. 2002). Even if a COA were required, Barnett has not shown that one should issue. See *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

He also has not shown that there is a nonfrivolous issue for appeal concerning the denial of his motion to reopen. See *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). Barnett's motion for IFP is DENIED. As there is no nonfrivolous issue for appeal, the appeal is DISMISSED AS FRIVOLOUS. See *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.